UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


H & F Aviation, Inc. and
Joseph L. Frisolone

        v.                      Case No. 06-cv-135-SM

Keyson Enterprises, Inc.,
Keyson Airways Corporation,
William Krivsky, Individually,
and Holly Frenzel, Individually



                            ORDER

        Re: Document No. 49, Motion to Enforce Settlement, filed by
H & F Aviation, Inc., et al.

        Ruling: A trial court may not either summarily enforce or
summarily refuse to enforce a settlement agreement, particularly if
material facts are in dispute as to the validity or terms of the
agreement.  Here, defendants seem to suggest a dispute as to the
appropriate remedy under the preliminary settlement agreement's
terms in the event of a failure to obtain timely commercial
financing to support part of the agreement, as has apparently
occurred.  An evidentiary hearing might be necessary, as the
referenced terms may prove ambiguous, and a hearing with respect to
the "preliminary" agreement's enforceability would seem
unavoidable. See generally, Bandera v. City of Quincy, 344 F.3d 47
(1st. Cir. 2003).  The pending motion to substitute party defendant
(doc. no. 51) is granted.  The clerk will schedule a hearing on the
motion to enforce settlement as the court's docket allows, after 30
days from the date of this order.  Counsel are encouraged to
resolve the matter in the interests of their respective clients,
particularly given the difficulties occasioned by Mr. Krivsky's
passing.


                                    _____
                                    Steven J. McAuliffe
                                    Chief District Judge


Date: February 2, 2007

cc: All Counsel of Record