```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

H & F Aviation, Inc., and
Joseph L. Frisolone,
    v.
Keyson Enterprises, Inc.,
Keyson Airways Corporation,
and Holly Frenzel, Individually,

                          Civil No. 06-cv-135-SM

Keyson Enterprises, Inc.,
Keyson Airways Corporation,
and Holly Frenzel, Individually,
    v.
H & F Aviation, Inc., and
Joseph L. Frisolone,

## O R D E R

Having reviewed the in camera submissions by defense counsel, it is apparent that withdrawal is appropriate, as counsel have suggested.  Accordingly, the motion to withdraw (document no. 71) is granted.  Defendants are hereby notified that substitute counsel shall appear or, in the case of the individual defendant, an alternative pro se appearance shall be filed, within thirty (30) days of the date of this order. Following the appearance of new counsel a pretrial status conference will be held to reset scheduling and a trial date. Wiggin & Nourie, P.A. shall ensure that each defendant is aware of the obligation to obtain substitute counsel (in the case of corporate defendants) or appear pro se within the time allowed."

1

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

April 11, 2007

cc: Donald C. Mark, Jr., Esq.
    Edward E. Beckmann, Esq.
    R. Matthew Cairns, Esq.
    Marie M. McPartlin, Esq.
    Paul R. Kfoury, Sr., Esq.
    Stephanie A. Bray, Esq.