UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

H & F Aviation, Inc., and
Joseph L. Frisolone,
    Plaintiffs

    v.                                    Civil No. 06-cv-135-SM

Keyson Enterprises, Inc.,
Keyson Airways Corporation,
Holly Frenzel, and Barbara Krivsky,
    Defendants

## O R D E R

A pretrial status conference was held on December 14, 2007.

Trial will proceed between plaintiffs and Defendant Frenzel as scheduled, with jury draw on January 23, 2008. Four days should suffice.

Plaintiffs will file a stipulation of dismissal by reason of settlement with respect to their claims against Keyson Enterprises, Inc., and Keyson Airways, Inc.

By separate order the court will grant the pending motion for default against the Defendant Estate of Krivsky. Attorney Cairns will kindly advise Deputy Clerk Barrett of the Estates' identifying docket number in the New Hampshire Probate Court. A copy of the default order will be sent to the Executor/Executrix of record in the probate court as well as legal counsel to the

estate of record, to afford the estate an opportunity to appear at a hearing to determine the amount of damages to be awarded as part of a default judgment.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

December 17, 2007

cc:   Donald C. Mark, Jr., Esq.
      Edward E. Beckmann, Esq.
      R. Matthew Cairns, Esq.
      Marie M. McPartlin, Esq.
      Peter N. Tamposi, Esq.
      Arnold Rosenblatt, Esq.